IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

United States of America,

        Plaintiff,

v.

Steven Current,

        Defendant.

BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 24-mj-194 ECW |
| Date: | March 22, 2024 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 1:39 p.m. |
| Time Concluded: | 1:48 p.m. |
| Time in Court: | 9 minutes |

APPEARANCES:

    Plaintiff: Jordan Sing, Assistant U.S. Attorney
    Defendant: Manny Atwal, Assistant Federal Public Defender
        X FPD      X To be appointed

    X Advised of Rights

on   X Indictment
X Date charges or violation filed: September 8, 2023
X Current Offense: Possession of a Firearm by a Felon; Possession of a Stolen Firearm; Interstate Transportation of Stolen Firearms; Interstate Transportation of a Stolen Motor Vehicle; Possession of Stolen Motor Vehicle
X **Charges from other District: Northern District of Iowa**
X Title and Code of underlying offense from other District: 18:922(g)(1); 18:922(j); 18:922(i); 18:2312; 18:2313
X Case no: 23-cr-2050

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Thursday, March 28, 2024 at 10:00 a.m. at before U.S. Magistrate Judge Tony N. Leung in Minneapolis Courtroom 9W for:
X Detention hrg     X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                             *s/nah*
                                            Signature of Courtroom Deputy